01-15-00939-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/5/2015 2:06:12 PM
CHRISTOPHER A. PRINE
Clerk

October 29, 2015

JAMES STAFFORD
ATTORNEY OF RECORD
515 CAROLINE STREET
HOUSTON, TEXAS 77002

Defendant's Name: ANDRES C. MACIAS

Cause No: 1483447

Court: 180TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal on Writ of Habeas Corpus filed: 10/22/2015**
**Ruling Made: 10/14/2015**
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: JAMES STAFFORD**

Sincerely,

/S/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TAMERA PARKS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O.Box 4651 Houston, Texas 77210-4651

13/998
PO



Cause No. 1483447

| EX PARTE | § | 180TH DISTRICT COURT |
|---|---|---|
| | § | |
| ANDRES C. MACIAS | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Andres C. Macias, Defendant, by and through his undersigned counsel, and respectfully gives notice of his intent to appeal the trial court's order setting his bail at $350,000, thereby denying his requested habeas relief of bail set at $100,000.

Respectfully submitted,

JAMES STAFFORD

STAFFORD, KEYSER, BROMBERG
National Cash Register Building
515 Caroline Street
Houston, TX 77002
Tel:      713-228-3600
Fax:      713-223-3933
Email:  keyserstaf@aol.com
SBOT:  18996900
*Counsel for Defendant*

**FILED**
Chris Daniel
District Clerk

OCT 2 2 2015

Time:_____
Harris County, Texas
By_____
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon the District Attorney's Office of Harris County, Texas, by hand delivery on October 22, 2015

JAMES STAFFORD

 

Cause No. 1483447

THE STATE OF TEXAS

F I L E D
Chris Daniel
District Clerk

OCT 26 2015

Time: _____
By _____ Harris County, Texas

v.

Andrea C Macias Defendant

IN THE 180 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☒ the defendant has waived the right of appeal.

_____     10-26-15
Judge                               Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          _____
Defendant                                Defendant's Counsel

Mailing Address: HARRIS County          State Bar of Texas ID number: 18996690

Telephone number: Jail                   Mailing Address: 515 CAROLINE

Fax number (if any): 701 3 SAN           Telephone number: 7-228-3600
                     JACINTO
                                         Fax number (if any): 7-223-3933

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

1st

Court **180**  Due: 11-6-15  Cause No. **148344?**

The State of Texas

**Andres C. Vs Macias**

Date Notice
Of Appeal: **10-22-15**

Presentation:                    Vol._____  Pg._____

Judgment:                        Vol._____  Pg._____

Judge Presiding **Catherine Evans**

Court Reporter **Tamera Parks**

Court Reporter_____

Court Reporter_____

Attorney
on Trial **Peyton Peebles**
WRIT HEARING

Attorney
on Appeal **James Stafford**
_____Appointed_____  Hired ✓

Offense **WHC - Bond Reduction**

Jury Trial          Yes_____  No ✓

Punishment
Assessed **Writ Granted -**
**appealing the amount of Bond**

Companion Cases
(If Known)_____**148277**_____

Amount of
Appeal Bond **0**

Appellant
Confined:          Yes ✓  No_____

Date Submitted **OCT 26 2015**
To Appeal Section_____

Deputy Clerk_____  13/997